AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ERIC R. SCHNEIDER | ) Case No. 1:21-CR-00645 |
| | ) |
| Defendant | ) |

*COURT EXHIBIT 1 — 1/25/2022 — 21-CR-645 (MMH)*

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*[signed] Eric Schneider*
Defendant's signature

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*[signed] Eric Schneider*
Defendant's signature

The United States consents to the jury-trial waiver:  *[signed] Richard J. Powers*
Government representative's signature

Richard J. Powers
Government representative's printed name and title

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

*[signed] Eric Schneider*
Defendant's signature

Daniel J. Ollen
Printed name of defendant's attorney (if any)

*[signed] Daniel J. Ollen*
Signature of defendant's attorney (if any)

Date: January 25, 2022   Approved by: ███████